CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 02 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:07CR00063 |
| | ) | (CASE NO. 5:13CV80581) |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| KEVIN VINCE STOTTLEMYER, JR., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that defendant's motion for extension of time to file a motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255 (ECF No. 724) is **DENIED**; the § 2255 motion (ECF No. 725) is **DISMISSED**, and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 2nd day of May, 2013.

/s/ Glen E. Conrad
Chief United States District Judge